IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHERYL YOLANDA JONES                                              PLAINTIFF

V.                     NO. 4:18-CV-00699 BRW/BD

ANDREW SAUL,
COMMISSIONER of
SOCIAL SECURITY ADMINISTRATION                                    DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in its entirety. Judgment will be entered accordingly.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Cheryl Yolanda Jones's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 3rd day of October, 2019.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE