# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHERYL YOLANDA JONES**                                                                      **PLAINTIFF**

V.                                   **4:18-CV-00699 BRW/BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**[1]                                                   **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 3rd day of October, 2019.


                                                      <u>Billy Roy Wilson</u>
                                                      UNITED STATES DISTRICT JUDGE

---

1 On June 6, 2019, the United States Senate confirmed Mr. Saul's nomination to lead the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as the Defendant.